UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAEL CRUZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY         21-cv-9957 (JGK)
SITUATED,
                                        ORDER
                    Plaintiff,

        - against -

PURE STEEPS BEVERAGE, LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

   The parties are directed to file a Rule 26(f) report by February 18, 2022.

SO ORDERED.

Dated:    New York, New York
          February 5, 2022

                                    _____
                                       John G. Koeltl
                                    United States District Judge